IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY BUSH and DARREL DIETLEIN, | ) | |
| Plaintiffs, | ) | No. 05-1021C |
| v. | ) | |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 90 days, to and including April 20, 2006, the time within which it may respond to the plaintiff's complaint. Defendant's response is currently due on January 20, 2006. This is the Government's second such request, having previously been granted a request for an enlargement of 60 days. Counsel for plaintiffs has represented that plaintiffs do not oppose this motion.

The Navy had appointed agency counsel in this matter and has requested relevant records from a naval repository. After his discussions with agency counsel and opposing counsel, undersigned counsel is optimistic that this case can be resolved through agreement between the parties. However, the retrieval of the necessary records may require many weeks. Settlement discussions among the parties will require additional time. To permit the retrieval of appropriate records and subsequent settlement discussions, we respectfully request that the Court grant us an additional 90 days within which to respond to the plaintiff's complaint.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 90 days, from January 20, 2006 to and including April 20, 2005, the due date for the defendant's response.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, Jr.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

January 17, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2006, a copy of the foregoing DEFENDANT"S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.