IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY BUSH and<br>DARREL DIETLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-1021C<br><br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 45 days, to and including June 5, 2006, the time within which it may respond to the plaintiff's complaint. Defendant's response is currently due on April 20, 2006. This is the Government's third such request, having previously been granted requests for enlargements of 60 days and 90 days. Counsel for plaintiffs has represented that plaintiffs do not oppose this motion.

The agency counsel requested relevant records from a naval repository of the Defense Finance and Accounting Service. Because the documents in question are located in Charleston, South Carolina, and are not in an easily retrieved format, they have not yet been delivered. However, both undersigned counsel and agency counsel have arranged to expedite the delivery of these documents. After his discussions with agency counsel and opposing counsel, undersigned counsel is optimistic that this case can be resolved through agreement between the parties once the documents in question are retrieved. However, the retrieval of the necessary records will require several more weeks. Settlement discussions among the parties will require additional time. To permit the retrieval of appropriate records and subsequent settlement discussions, we

respectfully request that the Court grant us an additional 45 days within which to respond to the plaintiff's complaint.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 45 days, from April 20, 2006 to and including June 5, 2006, the due date for the defendant's response.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, Jr.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

April 18, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2006, a copy of the foregoing DEFENDANT"S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.