IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY BUSH and DARREL DIETLEIN, | ) | |
| Plaintiffs, | ) | No. 05-1021C |
| v. | ) | |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 14 days, to and including June 19, 2006, the time within which it may respond to the plaintiff's complaint. Defendant's response is currently due on June 5, 2006. This is the Government's fourth such request, having previously been granted requests for enlargements of 60, 90 and 45 days. Counsel for plaintiffs has represented that plaintiffs do not oppose this motion.

The agency counsel has now received the relevant records that he requested several months ago from a naval repository of the Defense Finance and Accounting Service. The agency is now examining these documents, but has not yet been able to complete its review or make finding based upon that review. Based upon discussions with agency counsel and opposing counsel, it appears that continued efforts to reach an amicable resolution of this case, once the review of the documents in question is completed, are warranted. Although agency counsel has been unavailable for the past week because of another commitment, agency counsel will return next week, and the parties expect that their attempts to resolve this matter will continue. To permit the completion of the review of the appropriate records and subsequent discussions to

attempt to resolve this case, we respectfully request that the Court grant us an additional 14 days within which to respond to the plaintiffs' complaint.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 14 days, from June 5, 2006 to and including June 19, 2006, the due date for the defendant's response.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, Jr.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

June 1, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2006, a copy of the foregoing DEFENDANT"S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.