IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY BUSH and DARREL DIETLEIN, Plaintiffs, | ) | No. 05-1021C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 45 days, to and including August 3, 2006, the time within which it may respond to the plaintiff's complaint. Defendant's response is currently due on June 19, 2006. This is the Government's fifth such request, having previously been granted requests for enlargements of 60, 90, 45, and 14 days. Counsel for plaintiffs has represented that plaintiffs do not oppose this motion.

Plaintiffs are now reviewing time records to verify their accuracy. Based upon discussions with agency counsel and opposing counsel, it appears that continued efforts to reach an amicable resolution of this case, once the review of the documents in question is completed, are warranted. After the plaintiffs have reviewed their records, the parties expect that their attempts to resolve this matter will continue. To permit the completion of the review of the appropriate records and subsequent discussions to attempt to resolve this case, we respectfully request that the Court grant us an additional 45 days within which to respond to the plaintiffs' complaint.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 45 days, from June 19, 2006 to and including August 3, 2006, the due date for the defendant's response.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, Jr.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

June 19, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2006, a copy of the foregoing DEFENDANT"S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt