IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY BUSH,<br>DARREL DIETLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-1021C<br>(Judge Damich) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert E. Chandler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 514-4678
Fax: (202) 307-0972

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: August 18, 2006

/s/ROBERT E. CHANDLER
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gregory Keith McGillivary
David Ricksecker
Woodley & McGillivary
1125 15th Street, N.W.
Suite 400]
Washington, D.C. 20005
Phone: (202) 833-8855
Fax: (202) 452-1090

/s/ROBERT E. CHANDLER