IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY BUSH and DARREL DIETLEIN, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-1021C (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 14 days, to and including October 26, 2006, within which to file the parties' Joint Preliminary Status Report ("JPSR"). The JPSR is presently due on October 12, 2006. This is our first request for an enlargement of time to file the JPSR. Plaintiffs' counsel has been contacted and does not oppose this request for an enlargement of time.

Plaintiffs' counsel has made a settlement offer which currently is under consideration by the Government. The Government therefore respectfully requests that the Court grant an additional 14 days within which the Government expects to complete its review of the plaintiffs' settlement offer.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester by Donald E. Kinner
HAROLD D. LESTER
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

October 12, 2006

CERTIFICATE OF FILING

I hereby certify that on this 12th day of October, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler