# In the United States Court of Federal Claims

No. 05-1021 C
(Filed: November 20, 2006)

************************************
**ANTHONY BUSH,**
**DARREL DIETLEIN,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
************************************

**ORDER**

On October 12, 2006, Defendant's counsel filed an unopposed Motion for Extension of Time to October 26, 2006, to file the parties' Joint Preliminary Status Report ("JPSR"). The Court granted the motion on October 16, 2006, despite the fact that the motion was filed on the same date the JPSR was due. The Court is at a loss now as to why the JPSR has yet to be filed to date. The parties have neither moved for an extension of time to file the JPSR nor informed the Court of any reason why it has not been filed.

The JPSR shall be due on or before ***December 1, 2006***.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge