IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY BUSH and<br>DARREL DIETLEIN<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>No. 05-1021C<br>(Chief Judge Damich) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, the parties have agreed and do hereby stipulate that the complaint is dismissed with prejudice, and that the Court will not award either party attorney fees, costs, and expenses incurred in this action.

Respectfully submitted,

s/ Gregory McGillivary
GREG McGILLIVARY
Woodley & McGillivary
1125 15th St., N.W.
Suite 400
Washington, DC 20005
Tel. (202) 833-8855
Fax (202) 452-1090

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 307-1011
Fax (202) 307-0972

Dated: November 27, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 27th day of November, 2006, a copy of the foregoing "STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler